**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIANA RIOS,

       Plaintiff,

v.                                                     CASE NO. 6:11-CV-256-Orl-36GJK

PLB INSURANCE, INC. and
PETER L. BENVENUTO,

       Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on November 1, 2012 (Doc. 60). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Plaintiff Diana Rios' ("Plaintiff") Renewed Motion for Attorneys' Fees and Costs, which was filed on October 9, 2012 (Doc. 58). *See* Doc. 60. Neither party has filed an objection to the Magistrate Judge's Report and Recommendation, and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Defendants' request for an after-the-fact reduction in the lodestar is unnecessary. *Id*. at 6. In this case, the percentage of recovery is far greater than those cases where courts have applied an after-the-fact reduction and no factors have been suggested by the Defendants that would warrant such a reduction. *Id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 60) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Diana Rios' Renewed Motion for Attorneys' Fees and Costs (Doc. 58) is **GRANTED**.

3. Plaintiff is awarded attorneys' fees in the amount of $31,406.00 and court costs in the amount of $1,381.05, for a total award of $32,787.05.

4. The Clerk is directed to enter judgment against the Defendants in the total amount of $32,787.05.

5. The Clerk is further directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on December 6, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD